NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE: NICHOLAS WILLIAM FERRI, DAVID J. EARLEY,
*Appellants*

---

2016-1877

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 13/160,823.

---

## JUDGMENT

---

DANIEL P. HOMILLER, Murphy, Bilak & Homiller, PLLC, Cary, NC, argued for appellants.

JOSEPH GERARD PICCOLO, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, SARAH E. CRAVEN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 13, 2017 | /s/ Peter R. Marksteiner
Date | Peter R. Marksteiner
Clerk of Court